# Court of Appeals
# of the State of Georgia

ATLANTA, February 05, 2014

*The Court of Appeals hereby passes the following order:*

**A13A1724.  DAVIS v. WALTON.**

It appearing that the trial court required Appellant, who was proceeding in forma pauperis based on his status as an indigent prisoner, to pay the transportation costs in order to appear at a hearing on Appellant's petition for legitimation;

It further appearing that the trial court issued an order dismissing Appellant's petition for legitimation based on his failure to appear at the hearing; and

It further appearing that questions of fact may exist regarding the circumstances surrounding the trial court's requirement that Appellant pay transportation costs and its subsequent order of dismissal;

Therefore, this Court finds it necessary to VACATE the trial court's order and REMAND this case for the trial court to consider in the first instance whether Appellant had sufficient opportunity to object to the imposition of transportation costs and for the trial court to consider Appellant's objections thereto.  Once the trial court makes its findings, the parties shall have 30 days to exercise their appeal rights.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/05/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*